UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD HEIMAN,

    Petitioner,

vs.

GREG SMITH, et al.,

    Respondents.

Case No. 3:14-cv-00471-HDM-VPC

**ORDER**

The court determined that the petition for a writ of habeas corpus was untimely under 28 U.S.C. § 2244(d)(1), and the court directed petitioner to show cause why the action should not be dismissed. Order (#3). Petitioner has not responded to the court's order within the allotted time, and the court will dismiss the action.

Reasonable jurists would not find the court's conclusion on the timeliness of this action to be debatable or wrong, and the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice because the action is untimely. The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

DATED: February 4, 2015.

_____
HOWARD D. MCKIBBEN
United States District Judge